Cecile M. VARGA, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 13669.

United States Court of Appeals,
Fourth Circuit.

Argued March 6, 1970.

Decided April 9, 1970.

Israel Steingold, Norfolk, Va. (Steingold, Steingold & Chovitz, Norfolk, Va., and Charles Henry Gordon, Hampton, Va., on the brief), for appellant.

Roger T. Williams, Asst. U. S. Atty. (Brian P. Gettings, U. S. Atty., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

This medical malpractice case presents factual issues, which the findings of the District Court resolved. We cannot say the findings are clearly erroneous within the meaning of Rule 52 F.R.Civ.P.

Affirmed.

UNITED STATES of America,
Appellee,

v.

Richard Earl SAMPSON, Appellant.

No. 13670.

United States Court of Appeals,
Fourth Circuit.

Argued March 4, 1970.

Decided March 12, 1970.

J. Fred Queen, Elkins, W. Va. (Court-appointed counsel), for appellant.

Paul C. Camilletti, U. S. Atty. (Thomas M. McCulloch, Asst. U. S. Atty., on the brief), for appellee.

Before SOBELOFF, BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

This is an appeal from a conviction for refusing to perform hospital work after being classified I–O. Appellant claims he was improperly denied ministerial status.

We do not reach the question of denial of right to counsel urged upon us by appellant on the theory that appearance before the draft board is a critical stage in the criminal process.

We think the appeal is controlled by United States v. Bittinger, 422 F.2d 1032 (4th Cir. No. 13,317, decided December 24, 1969).

Reversed.